FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2005 JUN -3 AM 10: 53
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| WILLIE JAMES BUSH, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 605-035 |
| ) | |
| JAMES E. DONALD, Commissioner; ) | |
| HUGH SMITH, Warden; ERIC ) | |
| HEMPHILL; SANDRA MOORE; ) | |
| TAMEKA WADLEY, Counselor, FNU ) | |
| COLLINS; HAROLD F. REHEIS; ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed *in forma pauperis* is **DENIED** and this action is **DISMISSED** without prejudice.

SO ORDERED this 3 day of June, 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT